# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ABRAM COOK,**

    **Plaintiff,**

**v.**                                              **CASE NO. 1:06-cv-00063-MP-AK**

**JO ANNE B BARNHART,**

    **Defendant.**

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review of the administrative denial of his application for disability insurance benefits (DIB) under Title II of the Social Security Act and supplemental security income (SSI) benefits under Title XVI of the Social Security Act.  (Doc. 1).  Defendant has moved to remand this matter to the Commissioner under sentence six of 42 U.S.C. § 405(g) which provides that:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security.

The complaint was filed on April 10, 2006, and the Commissioner was served on May 5, 2006, but no answer has been filed.  Defendant moves to remand this action because the hearing tape is inaudible and a de novo hearing will need to be held.  Plaintiff has no objection to the motion to remand.

Accordingly, it is **RECOMMENDED** that Defendant's motion to remand (doc. 7) be

*Page 2 of 2*

**GRANTED**, and this cause **REMANDED** to the Commissioner for further proceedings by the Appeals Council.

  **IN CHAMBERS** at Gainesville, Florida, this *11th* day of July, 2006.


         *s/ A. KORNBLUM*
         **ALLAN KORNBLUM**
         **UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

  A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 1:06-cv-00063-MP-AK*