IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ABRAM COOK,

    Plaintiff,

v.                                                CASE NO. 1:06-cv-00063-MP-AK

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Defendant's Motion to Remand. Defendant requests that this court remand the subject case to the Commissioner for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), which provides that "[t]he court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security." 42 U.S.C. § 405(g). The reason for this request is that the November 16, 2004, hearing tape in this case is inaudible and cannot be transcribed. Counsel for Plaintiff does not object to this motion. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Defendant's Motion to Remand, Doc. 7, is GRANTED. This cause is remanded to the Commissioner for additional administrative proceedings.

    2.    The Clerk is directed to close the case, with the Court retaining jurisdiction to review the additional and modified findings of fact and decision of the Commissioner.

**DONE AND ORDERED** this  *12th* day of July, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
